20 P.3d 632

# SUPREME COURT OF HAWAI'I

State v. Jenkins ................................... 21729    01/18/2001    Affirmed in part, Vacated and Remanded in part

Casumpang v. ILWU, Local 142 ... 22726    11/20/2000    Denied    94 Hawai'i 330, 13 P.3d 1235

Doe, In re ...................... 21972    01/23/2001    Granted
State v. Guernsey ............... 22767    02/06/2001    Granted